**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Michael A. Arbisi, and
Susan J. Arbisi,

Plaintiffs,

vs.

Rescue Mortgage, Inc.,
a Minnesota corporation,

Defendant.

Civil File No.: 02-868 (JEL/JGL)

**STIPULATION AND ORDER OF DISMISSAL**

---

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a), the above-entitled matter is hereby dismissed on its merits with prejudice, without costs or attorney fees to any party.

Dated: February 6, 2003

Eric L. Crandall, Esq.
Attorney for Plaintiffs
275 South Third Street
Suite 101
Stillwater, MN 55082
(651) 430-8187
MN Atty. Lic. No. 189492

Dated: February 8, 2003

Alan I. Silver, Esq. (Atty. Lic. No. 101023)
Christopher R. Morris, Esq. (Atty. Lic. No. 230613)
Bassford, Lockhart, Truesdell & Briggs, P.A.
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

FEB 12 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED FEB 12 2003
DEPUTY CLERK'S INITIALS

**ORDER**

Based upon the above stipulation, IT IS HEREBY ORDERED, that the above-entitled matter is dismissed with prejudice on its merits, but without costs or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 12, 2003

Joan Erickson Lancaster
Judge of District Court



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS